**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JANE DOE,

        Plaintiffs,

      v.

COUNTY OF SHASTA, et al.,

        Defendants.

No.  2:26-CV-0031-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  This action was filed on January 5, 2026.  See ECF No. 1.  Pursuant to Appendix A to the Court's local rules, this matter has not been assigned to a District Judge.  On January 6, 2026, the Court issued an initial scheduling order for cases assigned to a Magistrate Judge only under Appendix A.  See ECF No. 4.  In that order, the Court advised the parties of the availability of consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the parties to submit consent election forms within 90 days after the date the action was filed.  See id. at 1-2.  The order further provided: "Because a consent designation assists the court in determining how the action would be administratively processed, the parties are instructed to make their election promptly and notify the Clerk of the Court as soon as practicable."  Id. at 1.

/ / /

The parties were cautioned as follows:

> . . .The parties are strongly encouraged to submit their consent forms before the filing of any motion, so the motion can be noticed before the proper judge.  Failure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted.

Id. at 2.

Here, before any party had submitted a consent election form, Defendant County of Shasta filed a motion to stay proceedings, which is noticed for hearing before the undersigned in Redding, California, on June 24, 2026, at 10:00 a.m.  See ECF No. 16.  More than 90 days have passed since the action was filed, and, to date, all parties have not appeared or informed the Court regarding consent to proceed before a Magistrate Judge.  The Court will, therefore, consistent with the January 6, 2026, order, vacate the June 24, 2026, hearing.  Defendant's motion to stay proceedings will not be resolved until such time as all parties have appeared and submitted their consent election forms.

Also before the Court is Plaintiff's motion to proceed under a pseudonym.  See ECF No. 2.  The motion has not been opposed, and the Court finds good cause to grant the motion given the sensitive nature of the sexual assault allegations in this case.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The hearing set before the undersigned on June 24, 2026, is VACATED.

2.      Defendant County of Shasta's request for remote appearance on June 24, 2026, ECF No. 19, is denied as moot.

3.      Defendant County of Shasta's pending motion to stay proceedings, ECF No. 16, will not be resolved until such time as the parties all submit their consent election forms.

4.      Plaintiff's motion to proceed under a pseudonym, ECF No. 2, is granted.

Dated:  June 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2