**ADANTÉ D.  POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JANE DOE, an individual;

    Plaintiff,

v.

COUNTY OF SHASTA, et al.;

    Defendants.

Case No. 2:26-cv-00031-DMC

**STIPULATION AND ORDER TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Jane Doe and Defendant County of Shasta (hereinafter "the Parties"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order:

WHEREAS, on January 5, 2026, Plaintiff filed her original Complaint. (ECF No. 1).

WHEREAS, at the time of filing, Plaintiff had not received a response from the Defendant County to the government tort claim which she timely submitted pursuant to the California Torts Claim Act and thus Plaintiff takes the position that she could not plead state

law claims in the original Complaint.

WHEREAS, since the filing of the original Complaint, Plaintiff has since received a response to her government tort claim from the Defendant County.

WHEREAS, Plaintiff has drafted a redline copy of his proposed First Amended Complaint in which she has brought her state law causes of action. Said copy is attached to this stipulation as an exhibit.

WHEREAS, Plaintiff's Counsel has provided Defendants' Counsel with the redline copy of Plaintiff's proposed First Amended Complaint. Defendants' Counsel has no objection to Plaintiff's filing of the proposed First Amended Complaint.

WHEREAS, the Parties agree that, while Defendants are stipulating to Plaintiff's filing of the amended complaint, the Defendants are not waiving their right to move to dismiss the complaint, do not stipulate to the truth of any allegations therein, and expressly reserve all rights to respond, challenge, and otherwise contest the First Amended Complaint pursuant to the Federal Rules of Civil Procedure.  Nothing in this stipulation shall be construed as a waiver of any Rule 12 defenses.

WHERAS, the Parties further agree the filing of the Amended Complaint is not an impediment to the court hearing the duly noticed Motion to Stay, and no further briefing of that motion is necessary merely because an amended complaint is to be filed.

THEREFORE, the Parties JOINTLY REQUEST and STIPULATE TO that the Court grant Plaintiff leave to file his First Amended Complaint.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Dated:  June 16, 2026

By:  _____ */s/ Ty Clarke*
Ty Clarke
Attorneys for Plaintiff

Dated: June 16, 2026

By:  _____ */s/ John Whitefleet*
John Whitefleet
Attorneys for Defendant County of Shasta

**IT IS SO ORDERED.**

**Dated:  June 18, 2026**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE